# Third District Court of Appeal

## State of Florida

Opinion filed January 7, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2538
Lower Tribunal No. 95-12603

_____

## Curley N. Braggs,
Appellant,

vs.

## The State of Florida,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William L. Thomas, Judge.

Curley N. Braggs, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, LAGOA, and SCALES, JJ.

PER CURIAM.

We affirm both the Trial Court's order entered March 7, 2013 and its subsequent order of June 23, 2014, finding that defendant's sentence is not illegal.

.